Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER A. BARRAZA,<br><br>Defendant. | No.  6:20-po-00070-HBK<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND RESOLVE VIOLATION NUMBER 9292682 THROUGH FORFEITURE OF COLLATERAL AND DISMISS VIOLATION NUMBERS 9292683, 9292684 AND 9292685; AND  ORDER THEREON |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, Acting Legal Officer for the National Park Service, and Jennifer A. BARRAZA, by and through her attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for December 15, 2020 be vacated.  The Government agrees violation number 9292682 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150, plus the $30 processing fee. The Government moves to dismiss violation numbers 9292683, 9292684 and 9292685.

Dated:  December 11, 2020        /S/ Sean O. Anderson
                                 Sean O. Anderson
                                 Acting Legal Officer
                                 Yosemite National Park

1

Dated:  December 11, 2020         /S/Benjamin A. Gerson
                                  Benjamin A. Gerson
                                  Attorney for Defendant
                                  Jennifer A. Barraza

**ORDER**

The Court accepts the parties' Joint Stipulation (Doc. No. 22) and adopts its terms as the Order of this Court.  Accordingly, the December 15, 2020 status conference for the matter of *United States v. Barraza*, case no. 6:20-po-00070-HBK, is vacated and violation number 9292682 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $150.00, plus the $30.00 processing fee.  The Court dismisses violation numbers 9292683, 9292684 and 9292685 without prejudice, in the interests of justice.

IT IS SO ORDERED.

Dated:   December 14, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE